# *UNITED STATES DISTRICT COURT*

# *DISTRICT OF ARIZONA*

| | |
|---|---|
| United States of America | Case No.:   24-9513 MJ |
| v. | **CRIMINAL COMPLAINT**<br>**(Electronically Submitted)** |
| Carlos Jobany Castaneda Lechuga | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

Between on or about 2013 – September 25, 2018, in the District of Arizona, Defendant Carlos Jobany Castaneda Lechuga, used a child (Minor Victim 1, DOB 2008) to produce child pornography, namely, files called "XXXXX LASt.mp4," "MORE_6043," and "Stud (2).mp4" in violation of Title 18, United States Code, Sections 2251(a) and (e), and 2256. See Attachment A

## COUNT 2

Between on or about December 2013 – November 2019, in the District of Arizona, Defendant Carlos Jobany Castaneda Lechuga, used a child (Minor Victim 2, DOB 2008) to produce child pornography, namely, files called in "XXX!.mp4" and "MOR_6042," in violation of Title 18, United States Code, Sections 2251(a) and (e), and 2256.   See Attachment A.

I further state that I am a Special Agent from the FBI and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: *s/Gayle L. Helart*, AUSA

Digitally signed by GAYLE HELART
Date: 2024.12.06 05:54:37 -07'00'

Emily Steele, Special Agent, FBI
Name of Complainant

Signature of Complainant

Telephonically Sworn to and subscribed
12/6/2024 @ 12:37pm

Date

at   Phoenix, Arizona
City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

### Attachment A

### Statutes

**Count 1 and Count 2: Production of Child Pornography.** It is a violation under 18 U.S.C. § 2251(a), (e), and 2256 for a person to knowingly employ, use, persuade, entice, induce and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce and mailed if the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

A violation of 18 U.S.C. § 2251(a), (e), and 2256 is punishable by 15-30 years, $250,000, and between 5 – lifetime supervised release.

**ELECTRONICALLY SUBMITTED**

**STATEMENT OF PROBABLE CAUSE**

I, Emily A. Steele, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows, to wit:

**INTRODUCTION**

The facts of this case, as more fully detailed herein, are that between approximately December 2013 and November 2019, a subject, who lived in Arizona, produced child pornography involving at least two minor girls (DOB 2008 for each) who took music lessons from him. Investigative steps determined that the adult male in the child pornography videos is Carlos Jobany Castaneda Lechuga. Further investigation of open-source checks determined Lechuga resided at 2310 East Wood Street, Phoenix AZ 85040 during this timeframe. A search of Phoenix PD records resulted in three separate molestation reports involving 5 different victims. Two of those victims are known to me as being in the five videos that will be described in this affidavit, and depict child pornography as it is described in 18 U.S.C. § 2256.

**PRELIMINARY BACKGROUND INFORMATION**

1.     I am a Special Agent with the FBI assigned to the Phoenix Division.  I have been so employed for five years and am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children. I have familiar with the definition of child pornography in federal law under 18 U.S.C. § 2256, which is also known as CSAM or Child Sexual Abuse Material. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

**DETAILS OF THE INVESTIGATION**

2.     On or about November 29, 2024, FBI Online Covert Employee (OCE) 13422, while acting

1

in an undercover capacity in the vicinity of Columbia, Maryland, accessed "The Exchange"[1] while connected to the internet via a covert connection and then to the Tor browser.[2] OCE 13422 accessed TOR hidden services at approximately 2:00PM EST. OCE 13422 utilized 1350 site tokens[3] to purchase CSAM material from a user who was named "xtradex" on the Exchange and downloaded it.

3.    OCE 13422 purchased five videos which were believed to have been made in the United States based on English being spoken, English lesson plans on the wall, and the appearance of the residence and rooms in the videos.   All five videos depicted an adult male, engaged in sexual activity with two prepubescent females who appear to be between the ages of six and ten years old. I personally viewed all five videos involving the two girls, MV1 and MV2, during what appeared to me to be separate occasions because of their clothing and the activity shown.   The descriptions are as follows:

A. File Name: XXXXX LASt.mp4   (Note:   Redacted for MV1 name.)

Description: This is a 7 minute and 27 second color video with sound. This video depicts a clothed adult male, showing his entire body and face, as well as a prepubescent minor female (MV1) appearing to be between eight and ten years old. The video thumbnail has the text "Nasty Music Teacher."   The video begins with the adult male carrying MV1 into a bedroom with her legs straddled around him.   MV1 is wearing a black t-shirt and black shorts with a hot pink lining. MV1 is crying and shaking her head when the adult male instructs her to hug him. The adult male then puts his hands under MV1's shorts and puts his hands directly on her butt. MV1 attempts to push the adult male away and eventually submits to lying on her back on his bed. MV1 is instructed to cover her face with a blanket or towel on the bed. The adult male takes off the MV1's shorts and white underwear, exposing her nude vagina. The adult male then rubs the MV1's thighs with a wet wipe, picks her legs up and spreads them apart. The adult male wipes MV1's vagina down with the wet wipe and picks her up to sit on his lap with her butt facing the

1 The Exchange is a marketplace supporting goods and services, often illegal.
2 The Tor browser is a way to access the dark web, i.e. websites concealed to the public by multiple encrypted servers which are not accessible by usual search engines.

3 Generally, a site token is a unique identifier that provides access to a website or information.

2

camera. The adult male makes MV1 straddle him while she remains nude from the waist down. The adult male then stands MV1 up and continues to wipe her vagina and anus with a wet wipe. The adult male lays the minor back down on her back and continues to wipe and rub her vagina with a wet wipe, exposing her nude vagina and anus to the camera.

B. File Name: XXX!.mp4   (Note:   Redacted for variation of MV2's name)

Description: This is a 5 minute and 52 second color video with sound. The video depicts a clothed adult male, showing his entire body and face, as well as a prepubescent minor female (MV2) appearing to be between six and eight years old. The video thumbnail has the text "Nasty Music Teacher."   The video begins with the adult male sitting on the bed and waving his arms for MV2 to come into the room. He then has MV2 straddle him while he is sitting down and has her legs around him. MV2 is wearing a grey t-shirt with jean shorts. The adult male sets MV2 on the bed and begins to take bathing suits out of a black bin that is sitting on the bed. The adult male has MV2 take her clothes off and put one of the bathing suits on. As MV2 is changing and completely nude, the adult male picks her up and stands her on the bed, exposing her fully nude body to the camera. The adult male then picks MV2 up and has her straddle him, still fully nude. The adult male then lays down on the bed and picks MV2 up so that her vagina, butt and anus are exposed to the camera. MV2 then puts a one piece bathing suit, white in color with multi colored polka dots, on for the camera. The adult male then takes the bathing suit off of MV2 and while she is still nude, picks her up and sets her on the bed.

C. File Name: MOR_6042

Description: This is a 7 minute and 41 second color video with sound. The video depicts a clothed adult male, showing his entire body and face, as well as MV2. The video thumbnail has the text "Nasty Music Teacher". The video begins with the adult male sand MV2 walking into the room. MV2 is wearing a pink tank top and jean shorts. The adult male begins pulling clothes out of a black bin for MV2 to try on. MV2 tells the adult male to leave the room so that she can try the clothes on. MV2 gets fully nude and the adult male comes into the room. MV2 tries to put clothes on and the adult male won't let her. The adult male then gives MV2 a bright green dress to wear with no underwear underneath it. MV2 tries to put underwear on and the adult

3

male will not let her. The adult male then has MV2 sit on his lap in the dress with no underwear on. MV2 is straddling the adult male with her legs around him. The adult male has MV2 turn around and sit on his lap facing the camera, he then lifts her up and spreads her legs, exposing her nude vagina to the camera.

D. File Name: MORE_6043

Description: This is a 17 minute and 40 second video with sound. The video depicts a clothed adult male, showing his entire body and face, as well as MV1. The video begins with the adult male in a living room and MV1 walking in. MV1 is wearing pink and black leggings with a purple shirt. MV1 resists the adult male picking her up and then gives in. The adult male sits down while having MV1 straddle him. The adult male then walks out of the room and comes back with an eye mask for MV1 to put on. MV1 puts the mask on and the adult male has MV1 hug him while she is standing up and he is sitting down. The adult male takes off MV1's leggings and underwear and begins to grab her butt. MV1 fights the adult male and puts her clothes back on. The adult male leaves the room as MV1 sits on a couch and is crying. The adult male comes back in the room with a different face mask for MV1 to wear which she refuses. The adult male gives MV1 a cell phone and sets her on his lap. As MV1 is on the phone, the adult male puts his hands down the front of MV1's leggings and begins rubbing her vagina. The adult male attempts to take MV1's leggings off but she sets the phone down and pulls them back up. The adult male sets MV1 back on his lap and puts his hands back down the front of her leggings and begins rubbing her vagina. The adult male leaves the room and comes back with a white substance in his right hand. The adult male has MV1 sit back on his lap and sticks his hands down the front of her pants, putting the white substance on her vagina. The adult male pulls MV1's pants down exposing her vagina with the white substance on it. The adult male has MV1 sit down while he leaves the room, he comes back with a wet wipe and instructs MV1 to lay down with her pants still down. The adult male pulls MV1's leggings down further and spreads her legs apart, wiping down her vagina with the wet wipe and exposing her nude vagina and anus to the camera. The adult male then adjusts the camera and zooms it in to MV1s vagina while she is laying down.

4

E. File Name: Stud (2).mp4

Description: This is a 4 minute and 25 second video with sound. The video depicts a clothed adult male, showing his entire body and face, as well as MV1. The video thumbnail has the text "Nasty Music Teacher."   The video begins with the adult male walking into the room with MV1 following. MV1 is wearing black and white printed pants with a white long sleeve shirt and black boots. The adult male picks MV1 up and sits down with her on his lap. The adult male pulls down MV1's pants and underwear exposing her butt. MV1 pulls her pants up and tries to push away. The adult male pulls MV1's pants back down and rubs her butt. The adult male turns MV1 around and pulls her pants down, exposing her nude vagina. The adult male begins to rub MV1's vagina and spread MV1's legs. MV1 pulls her pants back up and then the adult male makes her kiss him on the cheek. The adult male picks MV1 back up and makes her straddle him on his lap.   The adult male pulls MV1's pants back down and rubs her butt.

4. Using open source and law enforcement databases and image repositories, FBI VCAC was able to identify the adult male in the above described videos as "Carlos Castaneda" (now known to me as Carlos Jobany Castaneda Lechuga) of Laredo, TX, DOB DOB XX-XX-1988 (full date of birth known to me) and Social Security Number XXX-XX-XX88 (full social security number known to me) Open source research indicated that Lechuga previously attended a variety of schools in Arizona and California. FBI searches for driver license information relating to Lechuga revealed that Lechuga has a current Arizona Driver's License, but his social media and public record reports indicated he was currently residing in Texas. Via additional open source information searches, Lechuga was identified as being an instructor for multiple music courses at Texas A&M International University located at 5201 University Blvd, Laredo TX 78041.

5. On December 1, 2024 FBI Agents in Laredo, Texas executed a search warrant at Lechuga's residence, 4103 Eagle Pass Avenue, Laredo TX 78041 and seized electronic items. Agents also detained and arrested Lechuga on this date for suspected conduct occurring in the Southern District of Texas.

6. After *Miranda* advisement, Lechuga said he would be willing to speak with agents.   Lechuga told FBI TX that he attended Arizona State University and earned a bachelors and masters

degrees in music. Agents showed Lechuga the beginning of one of the CSAM videos described above.[4] As soon as the girl came into the frame, Lechuga stated that he recognized the girl. After that statement, Lechuga stopped talking with Agents.

7. On December 2, 2024, FBI HQ (who had continued to investigate these videos) sent an investigative lead to FBI Phoenix requesting an agent attempt to identify the MV's based on the information that indicated Lechuga had not moved to Texas until 2023 and was likely in Arizona during the time the videos were produced because, for example, Lechuga had a YouTube channel called "@CarlosCastenadaMariachi" where he posted videos of music performances with most involving minors. One was labeled "The Harmony Project" which is in Phoenix. Another was titled "ASU Spring 2019 Concert." Yet another was "World's Best Mariachi Performs at Festival in Phoenix." I received the lead and researched the name Carlos Jobany Castaneda Lechuga through the Phoenix PD database for any contacts. The search revealed three separate reports of molestation accusations regarding Lechuga with five separate minor victims. Along with the reports were forensic interviews of the victims. I reviewed those forensic interviews and compared them to the five videos that FBI HQ had provided with their lead (i.e. the videos that were described above). I was able to visually confirm that MV1 and MV2 were two of the victims that had reported molestation by Lechuga in 2019. The girls gave details in their forensic interviews that were consistent with what was in the videos I reviewed. All five victims gave similar stories and stated the molestation happened during private music lessons with Lechuga. All molestation events occurred in the Phoenix, Arizona area at Lechuga's residences where he gave the music lessons. Lechuga visually matches the adult male in the videos.

9. On December 3, 2024, I went to the address listed for MV2's mother from her Arizona driver's license. MV2's mother confirmed that sanitized images I presented to her from the videos were her daughter, and identified MV1 as another girl who used to take mariachi music lessons with Lechuga. MV2's mother stated that her daughter, DOB XX-XX-2008 (full date of birth known to me) took private music lessons from Lechuga from December 2013 through November 2019.

---

4 The FBI agent in Laredo described in his report that he showed Lechuga a video of himself in a bedroom setting with a girl. I know that FBI HQ sent Laredo and Phoenix the same five videos. Because I watched all five and they are described above, I know that four of the five were in a bedroom setting.

Lechuga was very close with her family and within the mariachi community. Lechuga bought MV2 a dog for one of her birthdays and after MV2 reported what was happening to her, she told her mom that Lechuga used to threaten her by saying that her dog would go missing if she ever told anyone what was happening. Additionally, Lechuga would touch MV2 while she talked on the phone with her mother whenever MV2's mother called to check in on how lessons were going. MV2 only ever went to lessons when MV1 was going, which was arranged between the two mothers. MV2's mother knew that she had taken her daughter to lessons at two different residences in Arizona which Lechuga had resided in over the five years she knew him. MV2 never went out of state alone with Lechuga and never took private lessons with Lechuga in any other state besides Arizona.

10. On December 4, 2024 I went to the address listed for MV1's mother from her Arizona driver's license. MV1's mother confirmed that the sanitized images I presented to her from the videos were her daughter. MV1's mother stated that her daughter, DOB XX-XX-2008 (full date of birth known to me) took private music lessons from Lechuga from early 2013 through November 2019. Lechuga was very close with the family and community and also bought MV1 a dog for her 9th birthday. MV1's mother was not aware of Lechuga using the idea of taking away the dog as a tool against MV1, but Lechuga would threaten to take her singing and/or solo trumpet parts away from MV1 for performances if she did not do what he wanted her to do during their private lessons. MV1's mother said that on approximately September 25, 2018, her daughter asked to go get her long hair cut. She knew the date because she had the photograph on her phone of the day that MV1 received the haircut. When MV1 went back to lessons after that haircut, Lechuga called MV1's mother yelling at her and asking her why she let MV1 cut her hair. To MV1's mother's knowledge, Lechuga never touched MV1 after she cut her hair. MV1 kept her hair cut to her shoulders to this day after that. MV1's mother knew that she had taken her daughter to lessons at two different residences in Arizona which Lechuga had resided in over the five years she knew him. MV1 never went out of state alone with Lechuga and never took private lessons with Lechuga in any other state besides Arizona.

**CONCLUSION**

7

12. Based on the foregoing, I believe that there is probable cause that Carlos Jobany Castaneda Lechuga knowingly produced child pornography in violation of Title 18 U.S.C. §§ 2251(a), (e), and 2256.

Respectfully submitted,

_____
Special Agent Emily A. Steele
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically on this ___6___ day of December 2024.

_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge