

GARY M. RESTAINO
United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Email: Gayle.Helart@usdoj.gov
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

FILED _____ LODGED _____
RECEIVED _____ COPY _____

JAN 0 7 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Carlos Jobany Castaneda Lechuga,

Defendant.

No. CR-25-00025-PHX-DJH (MTM)

**REDACTED
INDICTMENT**

VIO:  18 U.S.C. §§ 2251(a), 2251(e)
and 2256
(Production of Child Pornography)
Counts 1 – 5

18 U.S.C. §§ 981 and 2253,
21 U.S.C. § 853 and
28 U.S.C. § 2461(c)
(Forfeiture Allegations)

**THE GRAND JURY CHARGES:**

**COUNTS 1-5**

On or about the dates below, in the District of Arizona, Defendant CARLOS JOBANY CASTANEDA LECHUGA did knowingly employ, use, persuade, entice, induce and coerce a minor under the age of 18, as indicated below, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce and mailed, if that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate

and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and did attempt to do so, to include but not be limited to, the following:

| Count | Date (On or between) | Minor (approximate age) | File(s) |
|---|---|---|---|
| 1 | 2013 – September 25, 2018 | Jane Doe 1, DOB XX/XX/2008 | XXXXX LASt.mp4 (Redacted) |
| 2 | December 2013 – November 2019 | Jane Doe 2, DOB XX/XX/2008 | XXX!.mp4  (Redacted) |
| 3 | December 2013 – November 2019 | Jane Doe 2, DOB XX/XX/2008 | MOR_6042 |
| 4 | 2013 – September 25, 2018 | Jane Doe 1, DOB XX/XX/2008 | MORE_6043 |
| 5 | 2013 – September 25, 2018 | Jane Doe 1, DOB XX/XX/2008 | Stud (2).mp4 |

In violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2256.

### FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1-5 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1- 5 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including, but not limited to electronic devices seized by law enforcement in 2019 in Arizona and in December 2024 in Texas.

- 2 -

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)  cannot be located upon the exercise of due diligence,

    (2)  has been transferred or sold to, or deposited with, a third party,

    (3)  has been placed beyond the jurisdiction of the court,

    (4)  has been substantially diminished in value, or

    (5)  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date:  January 7, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

_s/_
GAYLE L. HELART
Assistant U.S. Attorney

- 3 -